Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17–21241–VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rafael Bonilla
   414 Park Ave
   Fairview, NJ 07022

Social Security No.:
   xxx–xx–5983

Employer's Tax I.D. No.:

**NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE**

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:    August 17, 2017    11:00 AM

at: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

The amount of the unpaid filing fee is:

$200.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: July 27, 2017
JAN: pam

                                          Jeanne Naughton
                                          Clerk